```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stewart,

           Plaintiff,

    –v–

G&J Pizzeria 2, LLC,

           Defendant.

21-mc-247 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties are ordered to meet and confer on a proposed briefing schedule and submit a joint letter with their proposed schedule by March 25, 2021. In the event that the parties cannot agree on a proposed briefing schedule, the parties may include separate proposals in the joint letter.

    Because Defendants have not yet appeared in this action, Plaintiff is ordered to serve this Order on Defendants by March 19, 2021.

SO ORDERED.

Dated: March 17, 2021
       New York, New York

                                            _____
                                              ALISON J. NATHAN
                                          United States District Judge