UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2021
```

Stewart,

            Plaintiff,

—v—

G&J Pizzeria 2, LLC,

            Respondent.

21-mc-00247 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties represented to the Court that they had agreed on a briefing schedule for Respondent's response to Plaintiff's motion and that they would inform the Court if the matter is resolved outside of court. Respondent has not filed a response and the parties have not updated the Court on this matter. The parties have until April 30, 2021 to update the Court on the status of this matter. Failure to file a letter by that date will result in this matter being closed.

    SO ORDERED.

Dated: April 21, 2021
       New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge